## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV38 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RAUSCH, STURM, ISRAEL, ENERSON | ) | |
| & HORNIK, LLC, and | ) | |
| EQUABLE ASCENT FINANCIAL, LLC | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court *sua sponte*, and pursuant to NECivR 41.2, which states in pertinent part:  "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."  In this case the complaint was filed on January 24, 2011.  **See** Filing No. 1.  The plaintiff filed a notice of executing a summons on one of the two defendants February 10, 2012.  **See** Filing No. 5.  No other progress has taken place in this matter.  It remains the plaintiff's duty to go forward in prosecuting the case by, for example, filing a motion for clerk's entry of default pursuant to Fed. R. Civ. P. 55 and NECivR 55.1(a), as appropriate.  Upon consideration,

**IT IS ORDERED:**

The plaintiff shall have until the close of business **on May 10, 2012**, to file a motion for clerk's entry of default or show cause why this case should not be dismissed as against Rausch, Sturm, Israel, Enerson & Hornik, LLC, for failure to prosecute.

Dated this 26th day of April, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge